RAZOR USA, LLC, Plaintiff–Appellee,

v.

K–2 CORPORATION and K–2, Incorporated, Defendants–Appellants.

Razor USA, LLC, Plaintiff–Appellee,

v.

ASA Products, Inc., HL USA Corporation, Kash 'N' Gold, Ltd., Rapid Suspension Technology USA, Inc. (doing business as Mozo USA), Sun Ram Products, Inc., Variflex, Inc., the Children's Place Retail Stroes, Inc., Todo Dollar Wholesale, Inc., Zscotter, Inc., K–2 Corporation and K–2, Incorporated, Defendants,

and

Titan, Inc. (doing business as Titan Scooters), Wysco, Inc., and Yunn Haaur Enterprises, Inc.,

and

Zenital, Inc., Defendant–Appellant,

and

Gen–X Sports, Inc., Defendants–Appellants.

No. 01–1133.
Nos. 01–1134,–1142,–1143.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

Upon consideration of the joint motion of K–2 Corporation, K–2, Incorporated and RAZOR USA to dismiss appeal no. 01–1133,

IT IS ORDERED THAT:

(1) The motion is granted and appeal no. 01–1133 is dismissed.

(2) Each side shall bear its own costs.

(3) K–2's motion for a stay and RAZOR's motion to file an opposition in excess of the page limitation are moot.

(4) The revised official captions are reflected above.